UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60679-CIV-SMITH

KATINA THOMAS,

    Petitioner,

v.

COMMISIONER OF
SOCIAL SECURITY ADMINISTRATION,

    Respondent.
_____/

### ORDER AFFIRMING AND ADOPTING
### REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the United States Magistrate Judge's Report [DE 21], in which the Magistrate Judge recommends that Plaintiff's Unopposed Motion for Attorney's Fees [DE 20] be granted. No objections have been filed. Therefore, after reviewing the Report and Recommendation, the record, and given that Defendant has not objected, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 21] is **AFFIRMED and ADOPTED.**

2. Plaintiff's Unopposed Motion for Attorney's Fees [DE 20] is **GRANTED.** Plaintiff is awarded $1,588.04 in fees to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 16th day of June 2022.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record